Jefferson New, *Appellant*, *v.* Samuel Aland, *Respondent*. — Order of County Court modified so that the only right to amend which the defendants shall have thereunder shall be the right to serve the amended answer set out in the appeal book, and as so modified affirmed, with ten dollars costs of this appeal, and disbursements to be paid by the respondent.

William N. Strong and others, *Respondents*, *v.* Addison P. Jones and others, *Appellants*. — Order affirmed, with ten dollars costs and disbursements. *Held*, that the defendants, having availed themselves of the benefit which the order granted them, cannot now be heard to complain of the condition imposed by the order.

Horace S. Whiting, *Appellant*, *v.* John Edmonds and others, *Respondents*. — New trial denied and judgment ordered for defendants on the verdict. The case of *Chamberlain v. Edmonds*, decided in this department in 1866. (MS. opinion of E. D. Smith, J., followed.)

Hiram Dillenbeck, *Respondent*, *v.* Ambrose Gray and another, *Appellants*. — New trial denied and judgment for defendants already entered on the verdict to stand as security made absolute.

Newton D. Noble, *Respondent*, *v.* Mary M. Lyon, *Appellant*. — Motion to dismiss appeal granted, with ten dollars costs, unless the appellant, within ten days, pays said costs and serves a case and exceptions, and by the tenth day of December next causes the case to be settled and printed papers to be served, as required by the rule, in which case the motion is denied.

John J. Greenough, *Respondent*, *v.* George N. Stearns, *Appellant*. — Judgment and order reversed and new trial ordered, costs to abide event. *Held*, that the offer of the defendant to show that the testimony as taken by plaintiff was thrown out because it was not in accordance with the rules of evidence, was erroneously rejected.

George W. Bradner, *Respondent*, *v.* William O. Gile, *Appellant*. — Declined to be heard, the appeal book containing no evidence that the case has been settled by the referee, and containing neither the opinion of the referee nor an affidavit that none was delivered by him.